UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

FILED by _PG_ D.C.

SEP 18 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

_Mitchell Young Jr_____
(Write the full name of the plaintiff)

PROVIDED TO
SOUTH BAY CORRECTIONAL FACILITY
ON _8-28-17 AW_ FOR MAILING

vs.

_Kerry Perkins / Moore Haven County_
_Jail Et. Al Glades County Jail._____
_____
_____
(Write the full name of the defendant/s in this case)

cat / div __550/§1983/WPB__
Case # _____
Judge _____ Mag __WHITE__
Motn Ifp __YES__ Fee pd $ __0__
Receipt # _____

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

A. Plaintiff: _Mitchell Young Jr  Y27007_

   Address: _____

   Inmate/Prison No.: _#Y27007_

   Year of Birth: _1980_ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: _Glades County Jail Et.Al_  Defendant: _Sargent. Kerry Perkin_

   Official Position: _Jail_            Official Position: _Sargent_

   Place of Employment: _Moore Haven County Jail_  Place of Employment: _Glade County Jail_

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Glades Co. Jail Et al – is Responsible For employing staff who can be trusted, to carry out a duty that is supose to to keep the Inmate population safe from harm, Not causing Harm, by strikeing a Inmate or Detainee that staff member commits a Felony of the third Degree by violating. 944.35 (3)(A)(2) Punishable as Provided in S. 775.082, 775.083 775.084 § Sargent Kerry Perkin "any employee who did what Mr. Perkin did as malicious with intent to commit a battery and inflict cruel or inhuman treatment by Neglect and cause great bodily harm by doing so this Sargent Committed a Felony of the third degree punishable as provided in S. 775.082, S. 775.083 or S 775.084.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

① For Causing a or Comitting a battery to my person, I ask For 250,000.00

② For violating my Amendment and Civil Right and going Agianst the Rules of Glades County Jail I Ask For 200,000.00

③ For Not Following protocol im asking 100,000.00

④ For mental anguish im asking 200,000.00 that will Include pain and suffring I ask a total of 750,000.00

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?    X Yes    ___ No


Signed this 28th day of August, 20 17

Mitchell young jr #Y27007
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 8-28-17

Mitchell young jr #Y27007
Signature of Plaintiff

Mitchell Young Jr. #Y02702 H1106
South Bay Correctional Inst.
600 US Hwy 27 South
South Bay FL 33493

United States District Court
Southern District of Florida
400 North Miami Avenue, 8
Miami, FL 33128-7716

LEGAL MAIL

USMS INSPECTED

BACK