IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

MITCHELL YOUNG,
    Plaintiff,

Vs.                   CASE NUMBER: 9:17-cv-81038-WPD
                           (To be assigned by Clerk)

Kerry Perkins "Sergeant", K. Hill "Sergeant",
Gadson "Captain", David Hardin Sheriff
Glades County. individual capacity
    Defendants',

/

## NOTICE OF VOLUNTARY DISMISSAL

    COMES NOW, Petitioner Mitchell Young, pro se Pursuant to Fed. R. Civ. P. Rule 42 moves this Honorable Court to issue a Voluntary Dismissal in the above-style case number and further states reasons in support as follows:

    1. Petitioner initially filed in the Southern District which was a improper venue the court then moved to have it transferred to the Middle District of Florida.

    2. The Petition is still in the screening stage Petitioner wishes to file a true and correct petition in the Middle District.

    I, Mitchell Young, give notice that I wish to voluntarily dismiss my previously filed 42 U.S.C. 1983 filed on the 4th day of October, 2017.

1

WHEREFORE Petitioner Respectfully Asks That This Honorable Court To Enter An Order Dismissing The Petition Without Prejudice To Be Filed In The Middle District.

Mitchell Young Y27007
South Bay Correctional Facility
P.O. Box 7171
South Bay, Florida 33493

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF VOLUNTARY DISMISSAL has been hand-delivered to institutional staff at South Bay Correctional Facility for mailing to: Miami Regional Office of the Attorney General, Rivergate Plaza, Ste. 650, 444 Brickell avenue, Miami, Fl 33131.on this 10th day of September, 2016..

Mitchell Young Y27007
South Bay Correctional Facility
P.O. Box 7171
South Bay, Florida 33493

Mitchell Hugh 407002
South Bay Correctional Inst
600 US Hwy 27 South
South Bay FL 33493

**LEGAL MAIL**

USMS INSPECTED RECEIVED

OCT 11 2017 12:26 PM

33128-771699

Clerk's Office
United States Southern District
400 North Miami Ave Room 8N09
Miami, Florida 33128