UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-81038-civ-Dimitrouleas

MITCHELL YOUNG, JR.,

    Plaintiff,

v.

KERRY PERKINS, GLADES COUNTY
JAIL, AND MOORE HAVEN
COUNTY JAIL,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal [DE 6] (the "Notice"), received by the Court on October 11, 2017. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 6] is hereby **APPROVED**;

2. This action is **DISMISSED** without prejudice;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of October, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record

Mitchell Young #Y27007
South Bay C. F.
P.O.Box 7171
South Bay, Fl. 33493

Hon. Patrick A. White, US mag. Judge